DAVID FULCOMER, PLAINTIFF-PETITIONER, v. HOLLAND TOWNSHIP BOARD OF EDUCATION, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. David Fulcomer in propria persona.*

*Mr. George F. Kugler, Jr.,* and *Mrs. Virginia Long Annich* for the respondents.

March 10, 1970. Denied.

LEO KAPLOWITZ, PLAINTIFF-PETITIONER, v. K & R APPLIANCES, INC., DEFENDANT-RESPONDENT.

See same case below: 108 *N. J. Super.* 54.

*Messrs. Wilentz, Goldman & Spitzer* and *Mr. Alfred J. Hill* for the petitioner.

*Messrs. Morgan, Melhuish, Monaghan, McCoid & Spielvogel* and *Mr. John S. Donington* for the respondent.

March 10, 1970. Denied.

VALERIE KOMAR, PLAINTIFF-RESPONDENT, v. ALEX KOMAR, DEFENDANT-PETITIONER.

*Messrs. Romei & Bernstein* for the petitioner.

*Mr. Robert M. Kronman* for the respondent.

March 10, 1970. Denied.